# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 13-2485
_____

United States of America

Plaintiff - Appellee

v.

David E. McMaster

Defendant - Appellant

_____

Appeal from U.S. District Court for the District of North Dakota - Bismarck
(1:12-cr-00172-DLH-2)
_____

## JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that this appeal is dismissed in accordance with the opinion of this Court.

May 09, 2014

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans