# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-2485

United States of America

Appellee

v.

David E. McMaster

Appellant

___

Appeal from U.S. District Court for the District of North Dakota - Bismarck
(1:12-cr-00172-DLH-2)

___

**MANDATE**

In accordance with the opinion and judgment of 05/09/2014, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

May 30, 2014

Clerk, U.S. Court of Appeals, Eighth Circuit